

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00156-CV

GAYLE T. BIGGER, APPELLANT

V.

MIDFIRST BANK, APPELLEE

On Appeal from the County Court at Law No. 2
Travis County, Texas
Trial Court No. C-1-CV-15-0000563, Honorable Eric Shepperd, Presiding

September 1, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Through his attorney, appellant Gayle T. Bigger has filed a motion to voluntarily dismiss the appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at the party's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam